IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTHONY MICHAEL JACKSON, : | |
| a/k/a GEORGE ANTHONY : | |
| DEMPSEY, JR., : | |
| : | |
| Plaintiff, : | Civil Action No. |
| : | 5:09-CV-203 (HL) |
| : | |
| : | |
| v. : | |
| : | |
| BRUCE CHATMAN, : | |
| JOHN MOSS, Lt. IVEY, : | |
| Capt. CHESTER, : | |
| : | |
| Defendants. : | |
| _____: | |

## ORDER

Before the Court is the Report and Recommendation ("R&R") (Doc. 8) of United States Magistrate Judge Claude W. Hicks, Jr. The R&R recommends dismissing Plaintiff's claim against Bruce Chatman as failing to state a claim on which relief may be granted. The R&R also recommends dismissing Plaintiff's claim for injunctive relief as being moot. Plaintiff has filed an Objection (Doc. 11). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portion of the R&R to which he objects.

After close consideration, the Court accepts and adopts the findings,

conclusions, and recommendations of the Magistrate Judge.  The R&R (Doc. 8) is adopted and made the order of this Court.  The Court notes that this order in no way alters the Magistrate Judge's order of September 11, 2009, (Doc. 16), in which the Magistrate Judge granted Plaintiff's Motion to Amend to include, among other things, claims against Bruce Chatman and for injunctive relief.

**SO ORDERED**, this the 16th day of September, 2009.


/s/ Hugh Lawson
**HUGH LAWSON, Senior Judge**

lmc