IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| ANTHONY MICHAEL JACKSON, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 5:09-CV-203 (HL) |
| BRUCE CHATMAN, et al., | : | |
| Defendants. | : | |

## ORDER

Before the Court is the Report and Recommendation (Doc. 30) entered on April 29, 2010 of United States Magistrate Judge Claude W. Hicks, Jr., in which the Magistrate Judge recommends that Defendants' Motion to Dismiss (Doc. 18) be granted. Plaintiff has filed an objection (Doc. 31). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's objections and has made a de novo determination of the portions of the Recommendation to which he objects.

After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, Plaintiff's claims against the Defendants are dismissed and the case is closed.

**SO ORDERED**, this the 22nd day of July, 2010.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

lmc